IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SPECIAL OLYMPICS, INC.<br><br>1133 19th Street, N.W.<br>Washington, DC 20036-3604<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID & GOLIATH, INC. (a Florida corporation)<br><br>*Defendant*. | Civil Action No.: _____ |

**COMPLAINT**

Plaintiff, Special Olympics, Inc. ("Special Olympics"), by and through its counsel, KENYON & KENYON LLP, for its *Complaint* against Defendant, David & Goliath, Inc. ("David & Goliath" or "Defendant"), alleges upon knowledge as to its own acts and upon information and belief as to the acts of others as follows:

**Nature of Action and Subject Matter Jurisdiction**

1. This is a civil action for unfair competition, false representation, and false designation of origin arising under the trademark laws of the United States, 15 U.S.C. §§1051 *et seq.*

2. Subject matter jurisdiction over this action is conferred upon this Court by 15 U.S.C. §1121 and 28 U.S.C. §§1331 and 1338.

### Personal Jurisdiction and Venue

3. This Court has jurisdiction over Defendant and venue is properly laid in the District of the District of Columbia pursuant to 28 U.S.C. §1391(b) and (c) in that, on information and belief, Defendant either regularly transacts business in this District or has committed the tortious acts complained of herein within this District, which acts have caused and will cause injury to Plaintiff.

### The Parties

4. Plaintiff, Special Olympics, Inc. ("Special Olympics"), is an nonprofit corporation organized under the laws of the District of Columbia, and has a place of business at 1133 19th Street, N.W., Washington, DC 20036-3604.

5. Defendant David & Goliath, Inc. ("David & Goliath") is a corporation organized under the laws of the State of Florida, and has a place of business at 1230 South Myrtle Avenue #401, Clearwater, Florida 33756. The registered agent for service of process on David & Goliath is Todd H. Goldman, at the same address.

## The SPECIAL OLYMPICS Program

6. Special Olympics is an international nonprofit organization dedicated to empowering individuals with intellectual disabilities to become physically fit, productive, and respected members of society through sports training and competition. Special Olympics offers children and adults with intellectual disabilities year-round training and competition in 30 Olympic-type summer and winter sports, and currently serves more than 2.25 million persons with intellectual disabilities in more than 200 Programs in more than 160 countries.

7. To help in its goal of reaching the up to 190 million people with intellectual disabilities around the world, Special Olympics and its local chapters also actively solicit charitable contributions from all sources, including individual contributions and corporate partnerships. In addition, Special Olympics Programs conduct a series of public events, both to raise public awareness and to raise funds.

8. Special Olympics' LAW ENFORCEMENT TORCH RUN® is the movement's largest grass-roots fundraiser and public awareness vehicle. Each year, more than 85,000 law enforcement officers carry the Special Olympics FLAME OF HOPE™ torch to the Opening Ceremonies of local Special Olympics competitions, state/provincial Games, and National Summer or Winter Games (and every two years to the Special Olympics World Summer or World Winter Games). Thousands more support the runners' efforts through runner sponsorships, local fundraising events, corporate sponsorships, and sales of TORCH RUN® T-shirts

(more than 400,000 sold to date) and other merchandise to participants, sponsors, and the public.

9. This year marks the 26th Anniversary of the TORCH RUN® fund raising program, which last year raised approximately $25.5 million for Special Olympics and its Programs around the world. As a result of Special Olympics' long involvement with the TORCH RUN® program, and considering further the public's general association of a torch with the global Olympics movement, Special Olympics is closely associated with the symbol of a torch. That relationship has been further cemented through Special Olympics' ownership and use of several "torch" related trademarks over the years, including the following federally registered trademark:



(U.S. Trademark Reg. No. 2188346).

10. All of the uses of the SPECIAL OLYMPICS name by local Programs of Special Olympics in connection with fundraising and athletic events are consistent with the mission and standards of Special Olympics, and have been done for the purpose of helping advance Special Olympics' mission and goals. As a result, all

4

such local uses have inured to the benefit of Special Olympics, which owns all rights in and to the SPECIAL OLYMPICS trademark in the United States.

11. By virtue of Special Olympics' long and extensive use of the distinctive SPECIAL OLYMPICS name, the SPECIAL OLYMPICS trademark is famous among the general public in the United States in connection with charitable fundraising services and athletic events. As such, Special Olympics is entitled to broad protection for its valuable intellectual property against infringement.

### Defendant's Infringing Activities

12. Despite full knowledge of Special Olympics and of its longstanding use of the SPECIAL OLYMPICS name, and knowing that the public associates Special Olympics with the image of a torch, Defendant has been selling T-shirts that use both the SPECIAL OLYMPICS name and a torch image, as shown below:



(See Exhibit A).

13.  At no time did Defendant seek or receive permission from Special Olympics to use the SPECIAL OLYMPICS name (in which Special Olympics holds strong common law trademark rights) in connection with sales of clothing.

14.  On or about April 25, , 2007, and again on May 8, 2007, Special Olympics contacted Defendant to complain about the infringing activity and to demand the immediate cessation of further sales.  Defendant, however, has refused to halt sales of the infringing merchandise, thus necessitating this action.

15.  As a result of Defendant's actions, consumers are likely to be confused or misled into believing that Defendant is somehow affiliated with Special Olympics and/or its TORCH RUN® program (which it is not), or that the sales of Defendant's goods somehow benefit (or are sanctioned by) Special Olympics.

16.  Indeed, the likelihood of confusion in this case is exceptionally high given that Defendant's clothing <u>explicitly references</u> Special Olympics.  *See* Exhibit A.  It is only logical that consumers would believe that a T-shirt bearing the SPECIAL OLYMPICS name is somehow associated with Special Olympics.

## COUNT I

### Unfair Competition, False Representation, and False Designation of Origin Under Federal Law

17.  This cause of action for unfair competition, false representation, and false designation of origin arises under Section 1125 of Title 15 of the United States

6

Code ("Section 43(a) of the Lanham Act"). In support thereof, Special Olympics repeats and realleges paragraphs 1 through 16 as though fully set forth herein.

18. Defendant's use of the "SPECIAL OLYMPICS" names in connection with the sale of clothing and other merchandise constitutes unfair competition with Special Olympics in violation of Section 43(a) of the Lanham Act because such use is likely to cause confusion, mistake, and deception as to the origin of goods sold or provided in connection with the SPECIAL OLYMPICS name, and it is likely to mislead consumers and potential consumers into believing that such goods are somehow affiliated with, or are sponsored, authorized, approved, or sanctioned by, Special Olympics, or that goods and services sold or provided in connection with Special Olympics' own SPECIAL OLYMPICS mark are somehow affiliated with, or are sponsored, authorized, approved, or sanctioned by, Defendant.

19. Defendant's use of the "SPECIAL OLYMPICS" names in connection with the sale of clothing and other merchandise constitutes a false representation and false designation of origin in violation of Section 43(a) of the Lanham Act in that such use tends to describe or represent that goods sold or provided in connection with the SPECIAL OLYMPICS name are somehow affiliated with, or are sponsored, authorized, approved, or sanctioned by, Special Olympics, or that goods and services sold or provided in connection with Special Olympics own SPECIAL OLYMPICS mark are somehow affiliated with, or are sponsored, authorized, approved, or sanctioned by, Defendant.

20. Defendant's use of the "SPECIAL OLYMPICS" names in connection with the sale of clothing and other merchandise trades upon the goodwill that Special Olympics has established in its distinctive SPECIAL OLYMPICS mark.

21. Defendant has engaged and continues to engage in the above-complained of activity knowingly, willfully, and in bad faith, so as to justify the assessment of treble damages against it in an amount to be determined at the time of trial, along with Special Olympics' reasonable attorneys fees and the costs of this action.

22. The aforesaid acts have caused Special Olympics to sustain monetary damage, loss, and injury, in an amount to be determined at the time of trial.

23. The aforesaid acts of Defendant have caused, and unless enjoined by this Court will continue to cause, irreparable damage, loss, and injury to Special Olympics for which it has no adequate remedy at law.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Special Olympics, Inc. prays for an Order and judgment:

A. That Defendant, David & Goliath, Inc., along with any officers, agents, representatives, servants, employees, and attorneys, and those persons in active concert or participation with them, who receive actual notice of the Order by personal service or otherwise, be preliminarily and permanently enjoined from:

  (1) Using the name "SPECIAL OLYMPICS," or any other reproduction, counterfeit, copy, colorable imitation, or confusingly similar variation of thereof, as any portion of a trademark that is to be used in the connection with the sale or provision or any good or service;

  (2) Using a "torch" (shown in Exhibit A) or any other reproduction, counterfeit, copy, colorable imitation, or confusingly similar variation of thereof, as any portion of a trademark or Logo that is to be used in the connection with the sale or provision or any good or service related to fundraising events or athletic competitions;

  (3) Engaging in acts that constitute infringement, unfair competition, false representation, or false designation of origin, under the trademark laws of the United States and which would damage or injure Special Olympics; or

  (4) Inducing, encouraging, instigating, aiding, abetting, or contributing to any of the aforesaid acts.

B. That Defendant be required to take any actions as may be directed by this Court for the purpose of remedying and alleviating any consumer confusion or any loss of goodwill suffered by Special Olympics as a result of Defendant's prior acts;

C. That in accordance with 15 U.S.C. §1118, Defendant be ordered to deliver up for destruction as the Court shall direct, any and all goods, labels, signs, prints, packages, wrappers, receptacles, and advertisements (and the like) in its possession or under its custody or control that use the "SPECIAL OLYMPICS" name, including but not limited to any unsold clothing;

D. That in accordance with 15 U.S.C. §1116, Defendant be directed to file with the Court and serve on Special Olympics, no later than thirty days after receiving service of this Order, a report in writing and under oath setting forth in detail the manner and form in which it has complied with the Order;

E. That in accordance with 15 U.S.C. § 1117(a), Defendant be ordered to:

(1) Account for and pay over to Special Olympics an amount equal to three times all of the gains, profits, savings, and advantages realized by Defendant as a result of their unlawful activities;

(2) Pay over to Special Olympics an amount equal to three times the amount of damages sustained by Special Olympics as a result of Defendant's unlawful activities, said amount to be determined by this Court;

(3) Reimburse Special Olympics for the costs of this action; and

(4) Reimburse Special Olympics for any reasonable attorney fees incurred as a result of Defendant's unlawful activities, including all attorney fees incurred during this action;

F. That Special Olympics be awarded both pre-judgment and post-judgment interest on any monies to be paid to Special Olympics by Defendant; and

G. That Special Olympics be awarded such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: August 3, 2007

_[signature]_

Edward T. Colbert (Bar No. 206425)
William M. Merone
Erik C. Kane
KENYON & KENYON LLP
1500 K Street, N.W.
Washington, DC 20005
Tel.: (202) 220 – 4200
Fax: (202) 220 – 4201

*Counsel for Plaintiff,
Special Olympics, Inc.*

00590/95:663355

11

# EXHIBIT A




DAVID & GOLIATH®

We Make Shirts So You Don't have to

HOME • DOWNLOADS & FUN • COMPANY INFO • YOUR ACCOUNT

SEARCH: [ ] GO

SHOP

Womens
Mens
Kids
Character
Accessories
Novelty Tees
ON SALE!
NEW ITEMS

Live Help

SPECIAL OLYMPICS CHAMPION

$20.00

100% COTTON
50/50 HEATER
FINE RINGSPUN JERSE[Y]

STYLE MEN'S TEES
COLOR HEATHER/GRAY  ^ CHART
SIZE M ▼  ^ CHART
QTY 1
[+ ADD TO CART]

100% Cotton 50/50 Heath[er]
Fine Ringspun Jersey.

Only 326 days untill the n[ext]
Special Olympics gotta ge[t in]
shape...

VIEW CA[RT]
0 ITEMS



SHOP

THIS WEEK'S FEATURED ITEM

CAMOUFLAGE BAG — WOMEN'S
Accessories — OSAK-A-SACK —
Novelty Tees — GREEN
Osak-A-Sack

ON SALE!
JOBS
NEW ITEMS
ASKED QUESTIONS
- WHO IS TODD
- LIVE THE KING
- PRIVACY POLICY
- click here
- CONTACT
- STORES
- THIS WEEK'S FEATURED ITEM

© 2007 David & Goliath.
All rights reserved.



Click on an image for a larger view



FREE MYSPACE SPECIAL - I'm Cooler Than You



STICKERS - I Can Lick Special Places



WHADDUP DAWG - I Can Lick Special Places

David & Goliath also recommends checking out these other great products.

| ASIAN INVASION - WOMEN'S ACCESSORIES |
|---|
| OSAK-A-SACK - GREEN |
| AVAILABLE IN: Osak-A-Sack |

- JOBS
- FREQUENTLY ASKED QUESTIONS
- WHO IS TODD
- UPS TRACKING
- PRIVACY POLICY
- CONTACT
- STORES
- PRESS

© 2007 David & Goliath.
All rights reserved

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

SPECIAL OLYMPICS, INC.

//00/

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **Washington, D.C.**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Edward T. Colbert, Esq.
KENYON & Kenyon LLP
1500 K Street, N.W.
Washington, D.C. 20005
Tel: 202-220-4200

## DEFENDANTS

DAVID & GOLIATH, INC.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **Pinellas County, Fl**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

AT

Case: 1:07-cv-01415
Assigned To : Lamberth, Royce C.
Assign. Date : 8/3/2007
Description: General Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ⊙ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ○ A. *Antitrust*

☐ 410 Antitrust

### ○ B. *Personal Injury/Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ⊙ E. *General Civil (Other)*    OR    ○ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
(●) 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Infringement,, unfair competitoon, false representation, false designation under trademark laws, 15 U.S.C. secs. 1051 et seq.

VII. REQUESTED IN COMPLAINT   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: YES ☐ NO ☒

VIII. RELATED CASE(S) IF ANY   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 8-3-07   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.