CO-386-online
10/03

# United States District Court
# For the District of Columbia

SPECIAL OLYMPICS, INC.   )
          )
          )
          )
      Plaintiff )  Civil Action No._____
   vs       )
DAVID & GOLIATH, INC. (a Florida )
Corporation)      )
          )
      Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _Plaintiff_____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _Special Olympics, Inc._____ which have

any outstanding securities in the hands of the public:

There are no parent companies, subsidiaries or affiliates of Special Olympics, Inc. that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

206425
_____
BAR IDENTIFICATION NO.

Edward T. Colbert
_____
Print Name

1500 K street, NW
_____
Address

Washington, DC 20005
_____
City   State   Zip Code

202-220-4280
_____
Phone Number